1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK HATHAWAY, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MRS. GOOCH'S NATURAL FOOD MARKETS, INC., a Corporation,<br><br>　　　　　Defendant. | Case No. 14-cv-00663-DMS-NLS<br><br>**ORDER DISMISSING CASE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)** |

**ORDER**

Pursuant to the Parties' stipulation, the Parties' motion under Civil Local Rule 7.2, and good cause appearing, the Court orders as follows:

1. Pursuant to Federal Rule of Civil 41(a)(1)(A), the above-referenced action is dismissed in its entirety without prejudice.

2. Each side shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: October 15, 2014

Hon. Dana M. Sabraw
United States District Judge